DEBRA ELLWOOD MEPPEN (SBN: 183885)
dmeppen@grsm.com
WILL S. SKINNER (SBN: 206031)
wskinner@grsm.com
STEPHEN R. GINGER (SBN: 105043)
sginger@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, California 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendants
ST. JOSEPH HIGH SCHOOL (incorrectly sued as ARCHDIOCESE OF LOS ANGELES EDUCATION AND WELFARE CORPORATION DBA ST. JOSEPH HIGH SCHOOL); ERINN DOUGHERTY; and THOMAS MOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE PLATA,<br><br>  Plaintiff,<br><br>  v.<br><br>ARCHDIOCESE OF LOS ANGELES EDUCATION AND WELFARE CORPORATION DBA ST. JOSEPH HIGH SCHOOL; ERINN DOUGHERTY; and DOES 1 - 40, INCLUSIVE,<br><br>  Defendants. | CASE NO.: 2:24-cv-09358<br><br>Superior Court Case No.: 24CV00482<br><br>**ORDER ALLOWING PLAINTIFF TO FILE THIRD AMENDED COMPLAINT** |

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff is granted leave to file her Third Amended Complaint on or before December 4, 2024.

- 1 -

[PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE THIRD AMENDED COMPLAINT
CASE NO. 2:24-cv-09358

**IT IS ALSO ORDERED** that Defendants' responsive pleading shall be filed no later than December 20, 2024.

**IT IS SO ORDERED.**

Dated: 11/08/2024

UNITED STATES DISTRICT JUDGE
Hon. Stephen Wilson